

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

FEB 16 2021

# UNITED STATES DISTRICT COURT
### for the
## *Eastern District of California*

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

_Koda Alshawn Coats_
_____
Petitioner

v.

_Ag William Barr_
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)

Case No. T: 21 CV 00182 JLT (HC)
_____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.   (a) Your full name: _Koda Alshawn Coats_
    (b) Other names you have used: _N/A_

2.   Place of confinement:
    (a) Name of institution: _United States Penitentiary Atwater_
    (b) Address: _P.O. Box 019001_
    _Atwater, CA 95301_
    (c) Your identification number: _#21080.045_

3.   Are you currently being held on orders by:
    ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:
_____

4.   Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _U.S. District Court For The_
    _Western District of Missouri, Central Division_
      (b) Docket number of criminal case: _09·4003·02·CR·C·NKL_
      (c) Date of sentencing: _4·8·2010_
    ☐ Being held on an immigration charge
    ☐ Other (explain): _N/A_

### Decision or Action You Are Challenging

RECEIVED

FEB 16 2021

5.   What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain):* _____ *N/A* _____

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: *DSLL, Grand Prairie Texas*

(b)  Docket number, case number, or opinion number: *Admin. Remedy BP-8*

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* *Awarded Jail Credit, Good time Credit and First Step Act Credit by the BOP*

(d)  Date of the decision or action: *December 20, 2020*

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____ *N/A* _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____ *N/A* _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

_____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____ *N/A* _____

_____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a second appeal: _____

_____ *N/A* _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

_____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____ *N/A* _____

        (6) Issues raised: _____

_____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☐ No    *N/A*

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No    *N/A*

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____

*N/A*

_____
_____
_____
_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
sentence?
☐ Yes           ☐ No
If "Yes," provide:
(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____

*N/A*

(6)  Issues raised: _____

_____
_____
_____
_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____

*N/A*

_____
_____
_____
_____
_____

11.  **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes           ☐ No
If "Yes," provide:
(a)  Date you were taken into immigration custody: _____
(b)  Date of the removal or reinstatement order: _____

*N/A*

(c)  Did you file an appeal with the Board of Immigration Appeals?
☐ Yes           ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____ *N/A* _____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

&#9744; Yes                    &#9744; No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____ *N/A* _____

(6) Issues raised: _____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

&#9744; Yes                    &#9744; No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____ *N/A* _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**  _See BOP Response to BP-8, attached_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_See BOP Response to BP-8/Exhibits, attached._

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND TWO:**  _N/A_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_N/A_

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND THREE:**  _N/A_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_N/A_

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _N/A_

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_N/A_

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   _N/A_

**Request for Relief**

15. State exactly what you want the court to do:   *Order Hoda Loats immediate release as his sentence expired on 12.5.2019. Therefore he is in unlawful custody deprived of his personal liberty in violation of due process. Lopez v. Ponce, 2017 U.S. Dist. LEXIS 159375*

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_January 3, 2021_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.


Date: _1.3.2021_                          _____

                                                   *Signature of Petitioner*


                                          _Pro Se litigant_
                                          _____
                                                   *Signature of Attorney or other authorized person, if any*

**United States Penitentiary**
**Atwater, California**

---

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted. The **ORIGINAL** BP-8 must be attached should you choose to file a BP-9.

Issued By: _____ EB _____ (Initials of Correctional Counselor)
Date Issued to the Inmate: _10-29-20_

**INMATE'S COMMENTS:**

1. Complaint: _On 2.9.2009, a fed. detainer was lodged against Koats while he was in state custody. On 2.10.2009 the dist. ctr. issued an order granting a writ of habeas corpus prosequendum. On 4.8.2010, the U.S. Dist. ctr. sentenced Koats to 220 months imprisonment. Later, a new sentence of 176 months imprisonment cont. pg._

2. Efforts you have made to informally resolve: _I wrote HRQ's/Rqsts CSO, A. Perez, ISM Mr. Fischer. See attached_

3. Names of staff you contacted: _CSO A. Perez / ISM Fischer_

Date Returned to Correctional Counselor: _12-1-20_

_Kela Coats_ ____ _21680045_ ____ _12/3/20_
Inmate's Signature      Reg. Number      Date
COATS

**CORRECTIONAL COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted: _____

_PLEASE SEE ATTACHMENT - FROM C&D FISCHER
RESPONSE WAS REQUESTED ON 12/2/20 via email_

Date BP-9 Issued: _12-23-20_

_EB_
Correctional Counselor

_12-23-20_
Unit Manager (Date)

Cont. BP-8 Admin. Remedy

was imposed. Loats should be awarded 14 months/
1 day prior jail credit for prior custody on
his federal offense. The awarded 14 months/1
day jail credit would result in a 162.1
month term of imprisonment or 13 yrs. 6
months. Subtract the 10 yrs. 10 months
29 days time served, he now has 3 yrs.
and 6 months remaining to serve. Loats
Expiration Full Term Date is 7.1.2021 as
opposed to 4.28.2024. Plus, his credit und-
er the Second Chance Act. Jordan v. Rivera,
2015 U.S. Dist. LEXIS 54781 (Apr. 27, 2015).

BP-AO148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Fisher ( ) Ims | DATE: 1-8-20 |
| FROM: Rhoda Coats | REGISTER NO.: 21080-045 |
| WORK ASSIGNMENT: Rec. | UNIT: 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Requesting my full credit time in Federal Custody.
   I've been in Federal custody since Feb 9th, 2009.
 However, my sms (sentencing monitor sheet) only shows
A start date of Aug 28th, 2009; See: Attachments of actual
start date.
   I ask that you please look into this.

                                             Respectfully,

(Do not write below this line)

DISPOSITION:

Paroled from MODOC on 8-27-09, jail credit will start on 8-28-09.

Additionally, Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984), and Title 18
U.S.C. § 3585(b), preclude the application of credit for time spent in the service of another sentence. As
you were sentenced Missouri Department of Corrections case and given credit for all your time spent in
custody you are not entitled to credit for any of this time under § 3585(b) toward your federal sentence.

| Signature Staff Member | Date 4-1-2020 |

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Staff Response to Inmate Request to Staff

COATS, Koda, Reg. No. 21080-045

4-13-2020

Coats,

According to the USM-129, we received this inmate via WRIT on 02/26/2009. He was not released from MDOC via parole until 08/27/2009 per the memo in the file.

Time spent on WRIT is not creditable toward a Federal sentence, and he was in service of the State sentence until 08/27/2009. The sentence computation is correct and no updates are required at this time.

A. Perez, Correctional Systems Officer

| | | |
|---|---|---|
| | | Denny, Dajuan Anthony Harris, Brandon James Isom, Robert Lee Jones, Ryan Montez Kee, William Harold Rogers, Michael Lee Stapleton, Dametrell Koda Washington, Diondre Jamel Cooper, Robert Darnell Simmons, Donna C. Coats. A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law. Signed by United States Magistrate Judge William A Knox. This is a docket entry only. No document is attached. (Price, Jackie) (Entered: 01/29/2009) |
| 02/09/2009 | 99 | Detainer Lodged as to Koda Alshawn Coats. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Carr, Lori) (Entered: 02/10/2009) |
| 02/10/2009 | 104 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Koda Alshawn Coats. Suggestions in opposition/response due by 2/25/2009 unless otherwise directed by the court. (Miller, Lawrence) (Entered: 02/10/2009) |
| 02/10/2009 | 108 | ORDER granting 104 motion for Writ of Habeas Corpus ad prosequendum as to Koda Alshawn Coats (2). Signed by Magistrate Judge William A. Knox on 2/10/09. (Price, Jackie) (Entered: 02/10/2009) |
| 02/11/2009 | 110 | ORDER APPOINTING COUNSEL UNDER CJA as to Koda Alshawn Coats Bryan D. Scheiderer for Koda Alshawn Coats appointed. Signed by Magistrate Judge William A. Knox on 2/11/09.(Price, Jackie) (Entered: 02/11/2009) |
| 02/25/2009 | 143 | NOTICE OF HEARING as to Koda Alshawn CoatsThis is the official notice for this hearing. Arraignment and scheduliing conference set for 3/2/2009 10:00 AM in Magistrate Courtroom, Jefferson City (WAK) before Judge William Knox. This is a TEXT ONLY ENTRY. No document is attached.(Price, Jackie) (Entered: 02/25/2009) |
| 03/02/2009 | 146 | MOTION to continue detention hearing by USA as to Koda Alshawn Coats. Suggestions in opposition/response due by 3/17/2009 unless otherwise directed by the court. (Gonzalez, Anthony) (Entered: 03/02/2009) |
| 03/02/2009 | 147 | Minute Entry for proceedings held before Magistrate Judge William A. Knox: ARRAIGNMENT as to Koda Alshawn Coats (2) Count 1,2,34 held on 3/2/2009, INITIAL APPEARANCE as to Koda Alshawn Coats held on 3/2/2009, SCHEDULING CONFERENCE as to Koda Alshawn Coats held on 3/2/09.( Pretrial Conference set for 7/7/2009 02:00 PM in Magistrate Courtroom, Jefferson City (WAK) before Judge William Knox., Jury Trial set for 7/20/2009 08:00 AM in District Courtroom, Jefferson City (djc) before Judge Nanette Laughrey.). (Court Reporter Price.) (Price, Jackie) (Entered: 03/02/2009) |
| 03/02/2009 | 148 | SCHEDULING AND TRIAL ORDER as to Koda Alshawn Coats Signed by Magistrate Judge William A. Knox on 3/2/09.(Price, Jackie) (Entered: 03/02/2009) |
| | | |

```
ATWI7  540*23  *            SENTENCE MONITORING           *     07-26-2020
PAGE 002 OF 002  *          COMPUTATION DATA              *     19:52:16
                            AS OF 07-26-2020
```

REGNO..: 21080-045 NAME: COATS, KODA ALSHAWN


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-04-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-20-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 04-08-2010
TOTAL TERM IN EFFECT............:   176 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS       8 MONTHS
EARLIEST DATE OF OFFENSE........: 05-11-2007

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-28-2009    04-07-2010

TOTAL PRIOR CREDIT TIME.........: 223
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 684
TOTAL GCT EARNED................: 432
STATUTORY RELEASE DATE PROJECTED: 06-14-2022
TWO THIRDS DATE.................: 06-09-2019
EXPIRATION FULL TERM DATE.......: 04-28-2024
TIME SERVED.....................:    10 YEARS      10 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:  74.3
PERCENT OF STATUTORY TERM SERVED:  85.2

PROJECTED SATISFACTION DATE.....: 06-14-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 01-23-12 UPDATED PER DIS DIS AC/T
                8-3-12 UPDTD DIS GCT AJG/T; 11-16-12 DIS GCT AJG/T
                12-13-17 SENT RED 220 TO 176 DGA T/ARL
                12-04-19 UPDATED GCT PER FSA T/SNC
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

```
  ATWI7  540*23  *            SENTENCE MONITORING           *     07-26-2020
  PAGE 001           *          COMPUTATION DATA            *     19:52:16
                                  AS OF 07-26-2020
```

REGNO..: 21080-045 NAME: COATS, KODA ALSHAWN


```
FBI NO...........: 745344WB5          DATE OF BIRTH: 05-30-1986  AGE:   34
ARS1.............: ATW/A-DES
UNIT.............: 4A                  QUARTERS.....: D41-103U
DETAINERS........: NO                  NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 12-14-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-14-2022 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: MISSOURI, WESTERN DISTRICT
DOCKET NUMBER...................: 09-4003-02-CR-C-NKL
JUDGE...........................: LAUGHREY
DATE SENTENCED/PROBATION IMPOSED: 04-08-2010
DATE COMMITTED..................: 07-13-2010
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00      $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
OFF/CHG: 21:841(A)(1),(B)(1)(B)&851(CLASS A FELONY) POSSESSION WITH
         INTENT TO DISTRIBUTE 5 GRMS OR MORE OF COCAINE BASE.

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   220 MONTHS
 TERM OF SUPERVISION............:     8 YEARS
 NEW SENTENCE IMPOSED...........:   176 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 05-11-2007
```


G0002        MORE PAGES TO FOLLOW . . .

**Administrative Remedy: BP-8**

---

### Response

This is in response to your Request for Administrative Remedy, received in this office on December 20, 2020, wherein you contest your sentence computation and claim your release date is incorrect.  You claim your release date should be July 1, 2021 as opposed to April 28, 2024.  As relief, you request your release date be recalculated for a release date of July 1, 2021.

A review of this matter revealed you were arrested for Possession with intent to Distribute five (5) Grams or More of Cocaine Base on May 11, 2007, by Boone County Sheriff's Department.  You were on parole with the Missouri Department of Corrections (MODOC) at the time.  You were Paroled form MODOC on August 28, 2009.

On April 8, 2010, the United States District Court for the Western District of Missouri Central Division, took your pleas of guilty on count two (2) Possession with Intent to Distribute 5 Grams or More of Cocaine Base.  You were given two hundred twenty (220) months, which was later reduced on December 11, 2017, to one hundred seventy six (176) months. You were given credit from August 28, 2009, date released from Parole MODOC to April 7, 2010, the day before your federal sentence began on April 8, 2010.

Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984), and Title 18 U.S.C. § 3585(b), preclude the application of credit for time spent in the service of another sentence.  As you were sentenced by the state and given credit for all your time spent in custody you are not entitled to credit for any of this time under § 3585(b) toward your federal sentence.

Your computation with jail credit, good conduct time added, and First Step act has been certified to be correct from the Designation & Sentence Computation Center.  Your release date is December 5, 2019, as long as you do not lose any more good conduct time.

Therefore, based on the above information, your Request for Administrative Remedy is for informational purposes only.

_____          12/23/20
                                              Date

                         ƐƁ
                         BOYZWA

```
ATWKW  540*23  *      SENTENCE MONITORING        *    12-12-2020
PAGE 002       *      COMPUTATION DATA           *    08:18:17
                      AS OF 12-12-2020
```

REGNO..: 21080-045 NAME: COATS, KODA ALSHAWN


```
FBI NO...........: 745344WB5           DATE OF BIRTH: 05-30-1986  AGE:  34
ARS1.............: ATW/A-DES
UNIT.............: 4A                   QUARTERS.....: D41-103U
DETAINERS........: NO                   NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE:[12-14-2021]

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: [06-14-2022] VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

```
COURT OF JURISDICTION...........: MISSOURI, WESTERN DISTRICT
DOCKET NUMBER...................: 09-4003-02-CR-C-NKL
JUDGE...........................: LAUGHREY
DATE SENTENCED/PROBATION IMPOSED: 04-08-2010
DATE COMMITTED..................: 07-13-2010
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                   FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $100.00         $00.00        $00.00     $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00
```

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 409    21:841 & 846 SEC 841-851
OFF/CHG: 21:841(A)(1),(B)(1)(B)&851(CLASS A FELONY) POSSESSION WITH
         INTENT TO DISTRIBUTE 5 GRMS OR MORE OF COCAINE BASE.

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   220 MONTHS
 TERM OF SUPERVISION............:     8 YEARS
 NEW SENTENCE IMPOSED...........:   176 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 05-11-2007
```


G0002      MORE PAGES TO FOLLOW . . .

```
ATWKW  540*23 *              SENTENCE MONITORING            *    12-12-2020
PAGE 002 OF 002 *           COMPUTATION DATA               *    08:18:17
                             AS OF 12-12-2020
```

REGNO..: 21080-045 NAME: COATS, KODA ALSHAWN


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-04-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-20-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 04-08-2010
TOTAL TERM IN EFFECT............:   176 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS        8 MONTHS
EARLIEST DATE OF OFFENSE........: 05-11-2007

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    08-28-2009      04-07-2010

TOTAL PRIOR CREDIT TIME.........: 223
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 684
TOTAL GCT EARNED................: 486
STATUTORY RELEASE DATE PROJECTED: 06-14-2022
ELDERLY OFFENDER TWO THIRDS DATE: 06-09-2019
EXPIRATION FULL TERM DATE.......: 04-28-2024
TIME SERVED.....................:    11 YEARS        3 MONTHS      15 DAYS
PERCENTAGE OF FULL TERM SERVED..:  76.9
PERCENT OF STATUTORY TERM SERVED:  88.2

PROJECTED SATISFACTION DATE.....: 06-14-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 01-23-12 UPDATED PER DIS DIS AC/T
                8-3-12 UPDTD DIS GCT AJG/T; 11-16-12 DIS GCT AJG/T
                12-13-17 SENT RED 220 TO 176 DGA T/ARL
                12-04-19 UPDATED GCT PER FSA T/SNC
```




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE